# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ROLAND MARTIN JERMYN, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-CV-2688 |
| | : | |
| JUDGE WILLIAM DITTER, *et al.*, | : | FILED |
| Defendants. | : | JUL -3 2018 |

KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 3rd day of July, 2018, upon consideration of Plaintiff Roland Martin Jermyn's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DISMISSED with prejudice** as frivolous and for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(ii), in accordance with the Court's Memorandum. Jermyn may not file an amended complaint in this matter.

3. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
**WENDY BEETLESTONE, J.**